UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark Steven Heilman, as trustee for the next of kin of Tyler Mark Heilman, <br><br> Plaintiff, <br><br> v. <br><br> Todd Waldron, individually, and in his official capacity as a LeSueur County Police Investigator, and; LeSueur County, <br><br> Defendants. | Civil Action No. 11cv 1930 (JRT/SER) |

## SUMMONS IN A CIVIL ACTION

To: *Todd Waldron*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James R. Behrenbrinker
400 South Fourth Street, Suite 202
Minneapolis, MN 55415

Lawrence P. Schaefer
Douglas L. Micko
Beth A. Erickson
Schaefer Law Firm, LLC
400 South Fourth Street, Suite 202
Minneapolis, MN 55415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

RICHARD D. SLETTEN
CLERK OF COURT

Date: July 15TH, 2011

_____
Signature of Clerk of Deputy Clerk

**State of Minnesota**       **District Court**

| County | Judicial District: |
|---|---|
| | Court File Number: |
| | Case Type: Civil |

Mark Steven Heilman
Plaintiff/Petitioner

and          **Affidavit of Personal Service**

Todd Waldron
Defendant/Respondent

STATE OF MINNESOTA )
) SS
COUNTY OF __Blue Earth__ )
(County where Affidavit signed)

I, __Richard Glenn Miller__, being sworn, state that I am at least
(Name of person who hand-delivered documents)
18 years of age having been born on __03/27/1973__, and that on __July 18th__, __2011__, I served the __Summons and Complaint__
(list all papers handed to the other party)

_____ upon __Todd Waldron__
(list all papers handed to the other party) (Name of other party)

by handing a true and correct copy of the documents to him/her at __88 South Park Ave,__
(street address, city, state)
__Le Center, MN 56057__.

Dated: __7/19/2011__

Signature *(Sign only in front of notary public or court administrator.)*

Name: Richard Glenn Miller
Address: 316 Maverick Drive
City/State/Zip: Mankato, MN 56001
Telephone: (507) 779-6700

Sworn/affirmed before me this
19th day of July, 2011.

Notary Public / Deputy Court Administrator



MELANIE MARIE MILLER
Notary Public-Minnesota
My Commission Expires Jan 31, 2016

SOP102    State    ENG    Rev 1/02-D    www.courts.state.mn.us/forms    Page 1 of 1