**SCHAEFER LAW FIRM, LLC**
*Empowering Clients | Advancing Justice*

www.schaeferlaw.com

*Douglas L. Micko*
*(612) 294-2602*
*dmicko@schaeferlaw.com*

March 27, 2012

***Via ECF Only***
The Honorable Steven E. Rau
United States Magistrate Judge
United States District Court for the District of Minnesota
316 North Robert Street
Saint Paul, Minnesota 55105

      RE:    **Heilman v. Waldron et al.**
               **No. 11-CV-01930 (JRT/SER)**

Your Honor:

Following our teleconference with the Court on March 26, 2012, the attorneys for the parties in the above-referenced matter have agreed to a proposal aimed at streamlining the current discovery dispute regarding access to Defendant Waldron's medical, psychological and therapeutic records. Plaintiff and Defendant have stipulated to filing simultaneous letter briefs of no more than 3 pages via the Court's ECF system by noon on Friday, April 6, 2012. There will be no responsive briefing, and the parties do not request a hearing on the matter. The parties request that the Court issue an order on the dispute to provide guidance on whether the Court has granted or denied access to Defendant's records, as well as the scope of the order.

Should the Court desire to discuss the matter further, the parties are available to do so at your convenience.

Very Truly Yours,

BEHRENBRINKER LAW
SCHAEFER LAW FIRM, LLC

  s/Douglas L. Micko
Douglas L. Micko (299364)
Attorney for Plaintiff

IVERSON REUVERS

  s/ Jason Hiveley
Jason Hiveley (311546)
Attorney for Defendants