UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mark Steven Heilman, as trustee for the next of kin of Tyler Mark Heilman,<br><br>   Plaintiff,<br><br>vs.<br><br>Todd Waldron, individually, and in his official capacity as an Investigator for the Le Sueur County Sheriff's Department, and; Le Sueur County Sheriff's Department,<br><br>   Defendants. | Civil No. 11-CV-01930 JRT/SER<br><br>**MOTION FOR APPROVAL OF VERIFIED PETITION FOR DISTRIBUTION OF MONEY RECOVERED UNDER MINNESOTA STATUTE § 573.02** |

---

Plaintiff Mark Steven Heilman moves the Court for an Order approving Plaintiff's Verified Petition for Distribution of Money Recovered Under Minnesota Statute § 573.02.

The Motion will be based upon all of the files, records and proceedings herein.


Dated:  11/16/12                              **BEHRENBRINKER LAW**

                                              *s/James R. Behrenbrinker*
                                              **JAMES R. BEHRENBRINKER**
                                              *Attorney at Law*
                                              (MN Bar No. 186739)
                                              400 South 4th Street
                                              Suite 202
                                              Minneapolis, MN 55415
                                              612-294-2605 (firm direct line)
                                              612-419-8400 (mobile)
                                              612-294-2640 (FAX)
                                              JBehrenbrinker@comcast.net

**CROWDER, TESKE, KATZ
& MICKO, PLLP**
Douglas L. Micko (MN Bar No. 299364)
222 S. 9th Street
Suite 3210
Minneapolis, MN 55402
612-746-1558
651-846-5339 (FAX)
micko@crowderteske.com

**SCHAEFER LAW FIRM, LLC**
Lawrence P. Schaefer (195583)
400 South Fourth Street, Suite 202
Minneapolis, MN 55415
lschaefer@schaeferlaw.com
612-294-2600

**ATTORNEYS FOR THE PLAINTIFF**