UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

MARK STEVEN HEILMAN,            Civil No. 11-1930 (JRT/SER)

          Plaintiff,

v.            **ORDER OF REFERENCE**

TODD WALDRON, LE SUEUR
COUNTY SHERIFF'S DEPARTMENT,

          Defendants,

_____

Lawrence P. Schaefer, and Beth A. Erickson, **SCHAEFER LAW FIRM, LLC**, 400 South Fourth Street, Suite 202, Minneapolis, MN 55415; Douglas L. Micko, **CROWDER, TESKE, KATZ & MICKO PLLP,** 222 South Ninth Street, Suite 3210, Minneapolis, MN 55402; James R. Behrenbrinker, **BEHRENBRINKER LAW FIRM**, 400 South Fourth Street, Suite 202, Minneapolis, MN 55415, for plaintiff.

Jon K. Iverson, Jason M. Hiveley, and Stephanie A. Angolkar, **IVERSON REUVERS, LLC**, 9321 Ensign Avenue South, Bloomington, MN 55438, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that the motion for approval of verified petition for distribution [Docket No. 55] is referred to the Honorable Steven E. Rau, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing.

Parties are directed to contact Melissa Erstad, Judicial Assistant for Magistrate Judge Rau, to schedule a hearing on the motions.

DATED: November 20, 2012
at Minneapolis, Minnesota.

                                                                               s/John R. Tunheim
                                                                              JOHN R. TUNHEIM
                                                       United States District Judge